# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

KYLE HAGAN,

    Plaintiff,

v.

                                  Case No. 3:24-cv-849-TJC-SJH

FM MEAT PRODUCTS, LP,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 49), filed on October 30, 2025, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The file remains closed.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of November, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record